# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

In the Matter of the Search of

USPS Priority Mail parcel 9505515073546166695615 addressed to "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237" from (same as recipient) "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237"

Case No. 4:26 MJ 3121 NCC

SIGNED AND SUBMITTED TO THE COURT BY RELIABLE ELECTRONIC MEANS

**FILED UNDER SEAL**

## APPLICATION FOR A SEARCH WARRANT

I, Michael D. Fisher, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

USPS Priority Mail parcel bearing tracking number 95055150735461666 addressed to "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237" from (same as recipient) "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237"95615

located in the EASTERN District of MISSOURI, there is now concealed

controlled substances and/or United States Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21:841(a) & 846;<br>18:1952, 1956 & 1957 | Conspiracy & distribution of a controlled substance;<br>Interstate and foreign travel or transportation in aid of racketeering enterprises & Money laundering |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under penalty of perjury the ollowing is true and correct.

Michael Fisher

*Applicant's signature*

Task Force Officer Michael D. Fisher, USPIS

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 06/22/2026

Noelle C. Collins

*Judge's signature*

City and state: St. Louis, MO

Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*

AUSA: Dixon

**AFFIDAVIT**

I, Michael D. Fisher, being duly sworn, depose and state as follows:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the opening and examination of a parcel USPS Priority Mail parcel bearing tracking number **9505515073546166695615** that is currently in law enforcement possession, and the seizure of controlled substances and/or U.S. currency from the parcel.

2. I am a Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS). I have been assigned as a Task Force Officer with USPIS for approximately eleven (11) months. I have been assigned to the Contraband Interdiction and Investigation (CI2) Team. I have completed available training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States. The St. Louis Field Office's CI2 Team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. Prior to my assignment with the USPIS, I have accrued approximately 30 years of law enforcement experience. During my career, I have conducted numerous narcotics investigations as a police officer with the Illinois State Police Department. During my tenure as a police officer, I have received additional training in narcotics and money laundering investigations.

3. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two-day delivery), reliability, free telephone and internet package tracking service, as well

as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business, correspondence. Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail and Priority Mail are seldom used for individual to- individual correspondence.

4. Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to business, correspondence. However, intelligence from prior packages which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

5. In an effort to combat the flow of controlled substances through the overnight or two to three-day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of, and destinations for, controlled substances. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three-day delivery services that contained controlled substances

or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and/or two-to-three-day delivery service packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

6. Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority

Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

7. The U.S. Postal Inspection Service St. Louis Field Office's CI2 Team has found the characteristics listed in paragraphs three, four, and five, are indicative of packages, which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

8. This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant(s) sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause that violations of Title 21, U.S.C. §§ 841(a)(l), 846, and Title 18, United States Code, Sections 1956, and 1957, have occurred, are occurring, and will occur. The information contained in this affidavit is based upon my personal knowledge and investigation, as well as information conveyed to me by other law enforcement agents and employees.

## PROBABLE CAUSE

9. On June 16, 2026, I was reviewing USPS business records as it relates to inbound U.S. Mail from known source narcotics areas. I located USPS Priority Mail parcel

9505515073546166695615 (hereinafter: "**Subject Parcel**") destined to 11176 Washington Rd. Coulterville, IL. 62237. A check of USPS business records indicated that the approximate 9-pound 5.00-ounce **Subject Parcel**'s postage was paid for by cash and mailed from the Los Angeles CA (90045) post office where it was scanned in on 06/15/2026 at 13:29:05.

10. On June 18, 2026, I observed that the **Subject Parcel** was processed at the Network Distribution Center (NDC) in Hazelwood, Missouri. On the same date, other USPIS responded to the NDC and located the **Subject Parcel**, for further review. Our review revealed the **Subject Parcel** to be a white Priority Mail white cardboard box. The **Subject Parcel** measures approximately 12.25 inches in length by 12 inches wide by 8.5 inches in height (12.25" x 12" x 8.5") and weighs approximately 9 pound 5.00-ounces. The **Subject Parcel** was taped across all seams and had a person to person label affixed to the parcel handwritten names and addresses in black ink on the outside of the parcel addressed to recipient "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237" from sender (same as recipient) "Blake Shelton" at "11176 Washington, Rd. Coulterville, IL. 62237". From training and experience, duplicating the sender and recipient information can be done in hopes to avoid law enforcement detection as it can disguise where the parcel in actually coming from with false sender information.

11. A review of available USPS, law enforcement, and open-source databases determined the 11176 Washington, Rd. Coulterville, IL. 62237 address is an existing, deliverable address recognized by the USPS. The name Blake Shelton is associated with that address from records reviewed. Based on my training and experience, I know narcotics traffickers have utilized fictitious address information on parcels to avoid detection from law enforcement. Additionally, from my training and experience, the State of California is a source area for narcotics and destination area for narcotics proceeds.

12. Based on the above characteristics being consistent with the characteristics of parcels found in past USPIS investigations to contain narcotics/contraband/narcotics proceeds, I maintained custody of the **Subject Parcel** pending examination of the parcel by a narcotic-trained canine. I transported the **Subject Parcel** to the USPIS St. Louis Field Office for further inspection. On June 16, 2026, I contacted USPIS TFO Mason McNail, K9 handler employed by the North County Police Co-Op. TFO McNail met me at the USPIS St. Louis Field Office and was accompanied by his narcotic-trained canine, Tobi. I placed the **Subject Parcel** in an area not known to have been previously contaminated by a narcotic odor. TFO McNail had Tobi search this area, which I observed. Upon arriving at the **Subject Parcel**, TFO McNail advised me that canine Tobi reacted in a positive manner, indicating the presence of a narcotic odor.

13. Based on my training and experience, as well as the training and experience of other members of the USPIS Saint Louis CI2 Team, I know that the size and weight of the **Subject Parcel**, coupled with other indicators (i.e. postage fees paid by cash; taped on all seams; fictitious sender and recipient names (same names) and a positive reaction by a narcotic trained canine), are indicative of other packages which have been found in the past to contain narcotic substances, or monies which are the proceeds/payments of narcotic trafficking. Consequently, I believe the parcel contains contraband and/or evidence in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Sections 1952, 1956, and 1957.

14. The **Subject Parcel** is currently in my custody in the Eastern District of Missouri. Attached herewith is a picture of the mailing label for Priority Mail parcel **9505515073546166695615** and a copy of the qualifications for canine Tobi.

15. Because this investigation is ongoing, and its success would be jeopardized if the contents of this affidavit were to be made public, Inspectors request that this affidavit be sealed until further order of the court.

I state under penalty of perjury that the foregoing is true and correct.

Michael Fisher

MICHAEL D. FISHER
U.S. Postal Inspection Service
Task Force Officer

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this 22nd day of June, 2026.

Noelle C. Collins

HONORABLE NOELLE C. COLLINS
United States Magistrate Judge
Eastern District of Missouri

**North County Police Cooperative**
Bureau of Criminal Investigations Canine Detective
Canine Probable Cause Affidavit of Qualifications
Handler: Detective Mason McNail, DSN 373
Canine "Tobi"

I, Detective Mason McNail, DSN 373, have been a Commissioned Police Officer with the North County Police Cooperative since January of 2021. I have previously amassed approximately 28 years of police and narcotics experience while employed by the North County Police Cooperative, Lincoln County Sheriff's Office, Richmond Heights Police Department, and the St. Ann Police Department. I was also assigned to the Drug Enforcement Administration as a Task Force Officer from 2013 to 2017. I have completed 960 hours of Missouri P.O.S.T. required Law Enforcement Academy requirements. Canine "Tobi" and I are currently assigned to the North County Police Cooperative Bureau of Criminal Investigations, as well as the United States Postal Inspection Service.

Canine Tobi is a brindle colored, male, Dutch Shepherd. He was born on June 10, 2018. Canine Tobi and I attended and completed the "Narcotics Detection" training course from August 2, 2020 through August 14, 2020. This course was held at F.M. K9, located in Berrien Center, Michigan. The training course consisted of two weeks of instruction in the application of canine obedience, narcotics/controlled substance detection, and article search. Canine Tobi and I were last certified by the International Police Work Dog Association (IPWDA) as an accredited Narcotic Detection Canine team on August 6, 2025.

Canine Tobi has been trained to sniff and alert to the distinctive odors of controlled substances including: Heroin, Cocaine, Methamphetamine, and Marijuana. Canine Tobi alerts to these odors in a passive manner and exhibits a significant change in behavior by sitting, standing, or laying at, or as close as he can get to, the source of the odor.

Since Canine Tobi and I began working, he has been responsible for the seizure of 625 pounds of marijuana, 362 pounds of methamphetamine, 83.3 pounds of fentanyl, 41.37 pounds of cocaine, 2.8 grams of LSD, 55 pounds of Psilocybin, 19 pounds of Promethazine, 5.6 pounds of Ecstasy, 16 grams of heroin, 56.7 grams of crack cocaine, 2.1 pounds of Xanax, 3.8 grams of Ketamine, 5 pounds of gunpowder, and 15 firearms. All weights are approximate. Canine Tobi has also been responsible for the seizure of approximately $1,366,381 in smuggled bulk US Currency and Money Orders.

Canine Tobi and I train a minimum of 16 hours per month, in the areas of narcotic detection, obedience, tracking, and article searches with the St. Louis County Police Department, certified trainers, other canine programs, and/or on our own time.

This affidavit is current as of August 10, 2025.

Detective Mason McNail, DSN 373
North County Police Cooperative
Bureau of Criminal Investigations
8027 Page
St. Louis, MO
314-427-8000



